UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:15-cr-467-T-36UAM

THOMAS ALLEN VAUGHN
_____/

**O R D E R**

This matter comes before the Court upon Defendant's *Pro Se* Motion for this Court to Defer Payment of Total Assessment (Doc. 62). In the motion, Defendant requests that the Court either defer payment of his $5,1000 assessment or waive it altogether. The Court, having considered the motion and being fully advised in the premises, will deny Defendant's *Pro Se* Motion for this Court to Defer Payment of Total Assessment.

Defendant specifically requests that the Court offset the time when payment is due to the Financial Litigation Unit, set the time for payment at six months after his release from prison to permit him time to obtain gainful employment, and gather his resources to make the payments. Doc. 62 at ¶ 4.

Defendant has stated no basis for deferment of the assessments. Defendant is to pay the assessments in accordance with the provisions of the Criminal Judgment. *See* Doc. 56 at 5.

Accordingly, it is hereby **ORDERED**:

1. Defendant's *Pro Se* Motion for this Court to Defer Payment of Total Assessment (Doc. 62) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida on June 10, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any